IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| CHARLES HOOFNAGLE | ) |
|     Plaintiff | ) |
| v. | )    Civil Action No: 1:15-CV-00008 |
| SMYTH-WYTHE AIRPORT COMMISSION | ) |
| Serve: Curtis Pennington | ) |
|     Chairman of the Commission | ) |
|     148 Hiler Bridge Road | ) |
|     Chilhowie, VA 24319 | ) |
| CURTIS PENNINGTON, Chairman | ) |
| In his official capacity | ) |
| Serve: 148 Hiler Bridge Road | ) |
|     Chilhowie, VA 24319 | ) |
| WILSON L. LEONARD, Former Chairman | ) |
| In his individual and official capacities | ) |
| Serve: 525 Saint James Rd. | ) |
|     Chilhowie, VA 24319 | ) |
| DONALD E. ELMORE, Vice-Chairman | ) |
| In his individual and official capacities | ) |
| Serve: 4267 Peppers Ferry Road | ) |
|     Wytheville, VA 24382 | ) |
| JOHN R. BENHAM, Treasurer | ) |
| In his individual and official capacities | ) |
| Serve: 5265 Century Ct. | ) |
|     Wytheville, VA 24382 | ) |
| FRANKLIN P. SLAVIN, JR. | ) |
| In his individual and official capacities | ) |
| Serve: 690 Old King Road | ) |
|     Rural Retreat, VA 24368 | ) |

1

| | |
|---|---|
| SCOTT FREEMAN | ) |
| In his individual and official capacities | ) |
| Serve: 840 E. Hungry Mother Dr. | ) |
|     Marion, VA 24354 | ) |
| | ) |
| MIKE EDWARDS | ) |
| In his individual and official capacities | ) |
| Serve: 8223 Lee Highway | ) |
|     Rural Retreat, VA 24368 | ) |
| | ) |
| WILLIAM T. DUNGAN | ) |
| In his individual and official capacities | ) |
| Serve: 8223 Lee Highway | ) |
|     Rural Retreat, VA 24368 | ) |
| | ) |
| Defendants | ) |

.

## **MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

COME NOW, Defendants Wilson L. Leonard, Donald E. Elmore, Franklin P. Slavin, Jr., Scott Freeman, Mike Edwards, and William T. Dungan, by counsel, and in support of their Motion to Dismiss state the following:

1. The Complaint in this case was filed on March 2, 2015.

2. 120 days after that date would be on or about July 2, 2015.

3. This Motion to Dismiss was filed on July 24, 2015, being over 120 days from March 3, 2015.

4. The Complaint on pages 1 and 2 shows addresses for the Defendants making this Motion.

5. No one of these Defendants was personally served at their address or otherwise.

2

6. Court document 13 filed on June 30, 2015 show "proofs of service" as to each of these Defendants wherein the process server Jeffrey Pike states that he served each of the Summons on Curtis Pennington, Chairman" who is designated by law to accept service of process on behalf of (name of organization) Smyth-Wythe Airport Commission" …No one of the Defendants making this Motion to Dismiss is an organization. Nor are any of these Defendants the Smyth-Wythe Airport Commission.

7. Consequently, the Defendants making this Motion have not been served process of this Complaint and the time within which to serve process has expired.

For which reasons these Defendants move that the Complaint against them be dismissed.

Wilson L. Leonard, Donald E. Elmore,<br>
Franklin P. Slavin, Jr., Scott Freeman,<br>
Mike Edwards, and William T. Dungan<br>
By Counsel

/s/Henry S. Keuling-Stout
KEULING-STOUT, P.C.
125 Clinton Avenue East
P.O. Box 400
Big Stone Gap, Virginia 24219
VSB No. 15289
Tel: 276-523-1676
Fax: 276-523-1608
keulingstout@gmail.com

/s/Michael Lockaby
GUYNN AND WADDELL, P.C.
415 S. College Avenue
Salem, VA 24153
Tel: 540-387-2320
Fax: 540-389-2350
MikeL@guynnwaddell.com
Co-counsel for Defendants Leonard, Slavin, Dungan

## CERTIFICATE OF SERVICE

I, hereby certify that on July 24, 2015 I electronically filed a Memorandum in Support of Motion to Dismiss thereof on behalf of Wilson L. Leonard, Donald E. Elmore, Franklin P. Slavin, Jr., Scott Freeman, Mike Edwards, and William T. Duncan with the Clerk of the court using the CM/ECF system which will send notification of such filing to :


Richard F. Hawkins, III
Virginia Bar Number 4066
THE HAWKINS LAW FIRM, PC
2222 Monument Avenue
Richmond, Virginia 23220
rhawkin@thehawkinslawfirm.net

C:\SharedData\WORKING DOCS\1032\227\003. Memorandum in Support of Motion to Dismiss.docx