# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **CHARLES H. HOOFNAGLE.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:15CV00008 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| **SMYTH-WYTHE AIRPORT** | ) | By: James P. Jones |
| **COMMISSION, ET AL.,** | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

For the reasons stated on the record on August 14, 2015, it is **ORDERED** as follows:

1. The Motion to Dismiss (ECF No. 15), made pursuant to Rule 4(m) and Rule 12(b)(5), relating to service of process, is DENIED, the court finding that while certain of the defendants were not properly served, under the circumstances the court would grant an extension of time for the plaintiff to obtain proper service on such defendants, and in order to save such defendants the inconvenience of being actually served by a process server at their homes or places of employment, which might entail embarrassment to them, and in light of the fact that the defendants have legal counsel who have appeared for them in this case, it will not be

necessary for such further service of the Summons and Complaint to be made on such defendants;

2. The Motion to Dismiss (ECF No. 17) is GRANTED IN PART AND DENIED IN PART. Count III of the Complaint is hereby DISMISSED. The court denies without prejudice the request to dismiss Count II of the Complaint on the ground of qualified immunity, in order that the further facts related to Count II can be developed.

3. The plaintiff is granted leave as requested to file a First Amended Complaint, in order to add a new count asserting a claim under the Stored Communications Act, provided that such First Amended Complaint is filed within 14 days of the date of entry of this Order;

4. The parties must complete discovery as to all claims and defenses in the case no later than **November 12, 2015**. This deadline means that any written discovery requests must be served in sufficient time for responses to be made by that date;

5. Within 28 days after the close of discovery, the parties must file any dispositive motions. Responses to such motions must be filed within 14 days after service. Replies by the movants may be filed within 7 days after service. If the court desires a hearing on any such motions, it will advise counsel;

6. Any discovery disputes are hereby referred to the Honorable Pamela Meade Sargent, United States Magistrate Judge, for determination.

    ENTER: August 14, 2015

    /s/ James P. Jones
    United States District Judge