# IN THE UNITED STATED DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Abingdon Division

| | | |
|---|---|---|
| CHARLES HOOFNAGLE | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No:  1:15-CV-00008 |
| | ) | |
| SMYTH-WYTHE AIRPORT COMMISSION | ) | |
| Serve:  Curtis Pennington | ) | |
|       Chairman of the Commission | ) | |
|       148 Hiler Bridge Road | ) | |
|       Chilhowie, VA 24319 | ) | |
| | ) | |
| CURTIS PENNINGTON, Chairman | ) | |
| In his official capacity | ) | |
| Serve:  148 Hiler Bridge Road | ) | |
|       Chilhowie, VA 24319 | ) | |
| | ) | |
| WILSON L. LEONARD, Former Chairman | ) | |
| In his individual and official capacities | ) | |
| Serve: 525 Saint James Rd. | ) | |
|       Chilhowie, VA 24319 | ) | |
| | ) | |
| | ) | |
| DONALD E. ELMORE, Vice-Chairman | ) | |
| In his individual and official capacities | ) | |
| Serve: 4267 Peppers Ferry Road | ) | |
|       Wytheville, VA 24382 | ) | |
| | ) | |
| JOHN R. BENHAM, Treasurer | ) | |
| In his individual and official capacities | ) | |
| Serve: 5265 Century Ct. | ) | |
|       Wytheville, VA 24382 | ) | |
| | ) | |
| FRANKLIN P. SLAVIN, JR. | ) | |
| In his individual and official capacities | ) | |
| Serve: 690 Old King Road | ) | |
|       Rural Retreat, VA 24368 | ) | |
| | ) | |
| | ) | |

```
SCOTT FREEMAN                              )
In his individual and official capacities  )
Serve: 840 E. Hungry Mother Dr.            )
       Marion, VA 24354                    )
                                           )
MIKE EDWARDS                               )
In his individual and official capacities  )
Serve: 8223 Lee Highway                    )
       Rural Retreat, VA 24368             )
                                           )
WILLIAM T. DUNGAN                          )
In his individual and official capacities  )
Serve: 8223 Lee Highway                    )
       Rural Retreat, VA 24368             )
                                           )
       Defendants                          ).
```
_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by the Plaintiff and by the Defendants, by counsel, that all issues between them in this case have been compromised and settled. Accordingly the parties have agreed that this case shall be dismissed with prejudice.

**THE PARTIES THEREFORE STIPULATE AND AGREE**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this matter is hereby dismissed with prejudice.

                                                        Respectfully Submitted,
                                                        Plaintiff and Defendants
                                                      By Counsels

AGREED:

*/s/*Richard F. Hawkins, III
Richard F. Hawkins, III
Virginia Bar Number 4066
THE HAWKINS LAW FIRM, PC
2222 Monument Avenue
Richmond, Virginia 23220
rhawkin@thehawkinslawfirm.net
Counsel for Charles Hoofnagle

/s/Michael Lockaby
GUYNN AND WADDELL, P.C.
415 S. College Avenue
Salem, VA 24153
Tel: 540-387-2320
Fax: 540-389-2350
MikeL@guynnwaddell.com
Co-counsel for Defendants Leonard, Slavin, and Dungan


/s/Henry S. Keuling-Stout
Henry S. Keuling-Stout
VSB No. 15289
KEULING-STOUT, P.C.
125 Clinton Avenue East
P.O. Box 400
Big Stone Gap, Virginia 24219
Tel: 276-523-1676
Fax: 276-523-1608
keulingstout@gmail.com
Co-counsel for Smyth-Wythe Airport Commission,
Curtis Pennington, Wilson L. Leonard, John Benham
Donald E. Elmore, Franklin P. Slavin, Jr., Scott Freeman,
Mike Edwards, and William T. Dungan


C:\SharedData\WORKING DOCS\1032\227\056. Stipulation of Dismissal.doc